IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Corey Jawan Robinson, # 294233, ) | |
| ) | Civil Action No. 5:12-cv-00502-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Cpt. T. Clark; Ms. D. Bailey, Classification; ) | |
| Lt. J. Williams; Officer S. Mosher; ) | |
| Sgt. J. Aranda; Lolita M. Lee; Sherisse ) | |
| D. Birch; Loretta Aiken; Warden Wayne ) | |
| McCabe; IGC B. J. Thomas; ) | |
| Ofc. J. Middleton; Ofc. Jeremy Johnson; ) | |
| Nurse Luanne Mauney; Nurse J. Scott; ) | |
| Ann Hallman; Ofc. Tabitha Ford; ) | |
| Ms. S. Jones; Cpt.William Brightharp; ) | |
| Major Thierry Nettles; Assoc.Warden Fred ) | |
| Thompson; and Cpt. Ann Sheppard, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court for review of the Magistrate Judge's Report and Recommendation ("Report"), [Dkt. No. 109], filed on September 7, 2012, recommending that Sgt. J. Aranda be dismissed without prejudice as a defendant in the above listed case, in accordance with Fed. R. Civ. P. 4(m). Plaintiff brought this action seeking relief pursuant to Title 42 U.S.C. §1983. The Report sets forth in detail the relevant facts and legal standards on this matter which the court incorporates herein without a recitation.

The Magistrate Judge's Report is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report

1

to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report [Dkt. No. 109 at 3]. However, Plaintiff filed no objections to the Report.

In the absence of objections to the Magistrate Judge's Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court **ACCEPTS** the Magistrate Judge's Report and Recommendation. [Dkt. No. 109]. It is therefore **ORDERED** that Sgt. J. Aranda is **DISMISSED** without prejudice in the above listed case in accordance with Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

Greenville, South Carolina
October 15, 2012

2